AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF TEXAS ▼

|  |  |
|---|---|
| United States of America<br>v.<br><br>ALTRON RAY JACKSON<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.<br><br>  2:26-MJ-00001-RSP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 21, 2026 _____ in the county of _____ MARION _____ in the

___ EASTERN ___ District of _____ TEXAS _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (2) | ASSAULT OF A FEDERAL EMPLOYEE |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Complaint and Request for an Arrest Warrant

❐ Continued on the attached sheet.

_____
*Complainant's signature*

USPS Inspector Thomas Halsell
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 23, 2026

_____
*Judge's signature*

City and state:  _____ Marshall, Texas _____

Hon. Roy S. Payne, US Magistrate Judge
_____
*Printed name and title*